## LAWRENCE *v.* COCKE.

PARTITION.—*Vendees bound by partial division made by Vendors.*

A partial division of lands by two tenants in common who afterwards convey their entire interest in the tract to different vendors, will not be disturbed by a decree for partition upon the petition of one of the vendees. Reference will be had only to the portion of the land which remained undivided in the hands of the vendors.

Williams and McCarty being tenants in common of a certain tract of land, divided the cleared portion between themselves by a distinctly designated line of division. Afterwards Williams sold his half of the entire tract to Lawrence, and McCarty sold to Cocke. The wild land not having been divided by the parties, a petition was filed to obtain a decree for the division thereof. Commissioners by order of Court divided the wild lands according to quality and quantity, without reference to the cleared lands which had previously been divided. The Court confirmed the report

and the defendant appealed, alleging that although the wild land was equitably divided yet in the partition of the cleared land by the respective vendors, the share of the petitioner's vendor was most valuable, and that the Court should therefore have ordered the partition of the wild lands to be so made that each portion of the whole tract in the final division should be of equal value.

GREEN, J. :

The commissioners were properly directed to look alone to the wild land, as the vendors were tenants in common only of this portion of the tract.

*Decree affirmed*.